# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2006

130473

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CURTIS LEE RICHARDSON, III,
        Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130473
COA: 265984
Saginaw CC: 00-019460-FH

_____/

       On order of the Court, the application for leave to appeal the December 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

       KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

               Clerk

p0522